# *EXHIBIT F*

 Fannie Mae

**Lakeview Loan Servicing, LLC**

**Date:** 5/26/2024

**Loan Information:**

**Fannie Mae Loan Number:** ███████
**Seller Loan Number:** ███████73
**Servicer Loan Number:** ███████
**Responsible Party ID:** ██████

Fannie Mae's analysis of the subject loan reflects certain elements that do not meet, or no longer meet, the terms or requirements of the Lender Contract due to certain selling and/or servicing violations listed below.  We value your business, and want to work with you to resolve this matter.

### Income Misrepresentation
The income documentation submitted for our review included paystubs,  W2's and a lease. According to the loan application, the borrower was employed with Ambiance Experience LLC as a Painter start date 01/01/2019 earning $7441.61 monthly, Another loan ██████ was delivered to Fannie Mae for the borrower that closed 10/26/2022.Tax transcripts provided in the other loan reports no wages. Additionally, a review of the paystub from the other loan, for the period of 09/25/2022 to 10/08/2022 notes rate as "3,434.59" instead of "salary" like the other paystubs. Third party reports, origination credit report and tax transcripts support the borrower was self employed owner of OC Marine Repair Inc. Additionally,  the other loan contained a lease  for the subject departing property. The lease ████████
██ property reported the same tenant phone number as the subject tenant.   .

Please review the options below for resolving this matter. You have until 7/24/2024 to either:

• Provide an appeal in written form through  Loan Quality Connect (LQC).
• Remit the amount due for the repurchase. Refer to the Fannie Mae Servicing Guide for specific instructions on remitting funds.

Fannie Mae has elected not to complete a full file review and has only identified and reviewed the reported defect(s) at this time.  Fannie Mae reserves the right to complete a full file review at a future date. Since a full file quality control review has not been completed, resolution of the identified defect(s) will not result in representation and warranty relief for this loan.

Note:  Responsible parties are reminded that if they repurchase a mortgage loan that was modified under HAMP, they are obligated to comply with any and all legal obligations created with the borrower in connection with the modification of the loan, including, without limitation,  any legal obligation to pay the borrower an earned performance incentive.

If you have any questions concerning this letter or its content, please contact the underwriter listed below.

**CURE Underwriter Name:**       LQC CURE Team D
**Phone:**
**Email:**                        CURE_TeamD@fanniemae.com

## Additional Loan Information

**Fannie Mae Loan Number:** ████████

**Seller Name:** United Wholesale Mortgage, LLC

**Seller No:** ████████

**Servicer Name:** Lakeview Loan Servicing, LLC

**Servicer No:** ████████

**Originator Name:**

**REO Status:**

**Review Type:**

**LTV:** 95.0000%

**CLTV:** 95.0000%

**HCLTV:** 95.0000%

**Product:** Not Available At This Time

**Occupancy:** Primary Residence

**Loan Purpose:** Purchase

**Property Type:**

**AUS:** DU

**Recommendation:** DU Recommendation

**Contract Number:** ██████

**Closing Date:** 8/9/2022

**LPI Date:** 1/1/2024

**Special Feature Code(s):** See SFCs in loan review

**Origination Appraiser:** SWF Appraisal Services, Inc.

**Master Contract No:**

**Loan Purchase Date:** 8/24/2022

**Pool#:** ██████